### 12345. WILLIAMS v. STEPHENS.

LUKE, J. This case is here upon the sole assignment of error that the evidence does not authorize the verdict. There is some evidence to authorize the verdict, which has the approval of the trial judge. There being no error of law upon the trial of the case, it was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 14, 1921.

Trover; from Taliaferro superior court — Judge Shurley. March 21, 1921.

*J. A. Mitchell,* for plaintiff in error.

*Alvin G. Golucke,* contra.